JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>STELLAR GROUP LLC, *et al.*,<br><br>Defendants. | Case No.: CV 19-05414-CJC(RAOx)<br><br>JUDGMENT |

This matter came before the Court on Plaintiff's motion for default judgment. (Dkt. 13.) On December 18, 2019, the Court granted Plaintiff's motion. In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Plaintiff in the amount of $8,009.00. Additionally, Defendant is ordered to provide sales

-1-

counters, tables, and pathways at the business located at 548 S. Spring Street, California, that comply with the Americans with Disabilities Act Accessibility Guidelines.

DATED: December 18, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE